UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| ROZENA A. WILLIAMS,<br><br>　　　Plaintiff,<br><br>　　　vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　Defendant. | Civil No. C11-5407-MAT<br><br><br>ORDER AMENDING THE<br>SCHEDULING ORDER |

Based on Defendant's Motion to Amend the Scheduling Order, and that Plaintiff's Counsel has no opposition, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall have up to and including November 10, 2011, to file Defendant's responsive brief; and

- Plaintiff shall have up to and including November 24, 2011, to file a reply brief.

DATED this <u>12th</u> day of October, 2011.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Mary Alice Theiler
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Page 1　　ORDER - [C11-5407-MAT]

1

2  Presented by:

3  s/ Brett E. Eckelberg
   BRETT E. ECKELBERG
4  Special Assistant U.S. Attorney
   Office of the General Counsel
5  Social Security Administration
   701 Fifth Avenue, Suite 2900 M/S 221A
6  Seattle, WA 98104-7075
   Telephone:  (206) 615-3748
7  Fax:  (206) 615-2531
   brett.eckelberg@ssa.gov

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23